# UNITED STATES DISTRICT COURT

## REVISED EXHIBIT LIST

| __EASTERN__ | DISTRICT OF | __WISCONSIN__ |
|---|---|---|

UNITED STATES OF AMERICA

v.

DAVID PHILLIP FOLEY

**EXHIBIT LIST**

Case Number:11-CR-264

| Presiding Judge | Plaintiff's Attorneys | Defendant's Attorney |
|---|---|---|
| J.P. STADTMUELLER | Penelope L. Coblentz<br>Carol L. Kraft | Jeffrey W. Jensen |

| Trial Date(s) | Court Reporter | Courtroom Deputy |
|---|---|---|
| November 26, 2012 | | |

| Plf.<br>No. | Def.<br>No. | Date<br>Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | | | Mailer addressed to Fox 6 Investigative Reporter |
| 2 | | | | | typed letter enclosed in Exhibit 1 |
| 3 | | | | | Philips DVD+R enclosed in Exhibit 1 |
| 4 | | | | | video - file name starting with "www.boys-films. . .0121.mpg" |
| 5 | | | | | video - file name starting with "www.boys-films . . .0122.mpg" |
| 6 | | | | | video - file name starting with ""www.boys-films . . .0123.mpg" |
| 7 | | | | | video- file name "File 0034.mpg" |
| 8 | | | | | video- file name "File 0035.mpg" |
| 9 | | | | | video - file name "File 0567.mpg" |
| 10 | | | | | video-file name "File 0.568.mpg_ |
| 11 | | | | | video - file name "inferno-1.mpg" |
| 12 | | | | | video - file name "DIV . . .6.mpg" |
| 13 | | | | | screen shot of a folder labeled "Andy Garrison Private files" |
| 14 | | | | | screen shot of a subfolder within the "Andy Garrison Private files" labeled "boys" with the names of the images and videos |
| 15 | | | | | screen shot of "My Computer/Andy's Favorites/ Andy Garrison Private files" |
| 16 | | | | | screen shot close up of Exhibit 15 |
| 17 | | | | | Black laptop computer bag |
| 18 | | | | | Toshiba Satellite Laptop computer |
| 19 | | | | | White bike race T-shirt |
| 20 | | | | | manila folder with 28 printed pages of images of male pornography |
| 20A | | | | | Image 1 |

# EXHIBIT LIST - CONTINUATION

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 20B | | | | | Image 2 |
| 20C | | | | | Image 3 |
| 20D | | | | | Image 4 |
| 20E | | | | | Image 5 |
| 20F | | | | | Image 6 |
| 20G | | | | | Image 7 |
| 20H | | | | | Image 8 |
| 20I | | | | | Image 9 |
| 20J | | | | | Image 10 |
| 20K | | | | | Image 11 |
| 20L | | | | | Image 12 |
| 20M | | | | | Image 13 |
| 20N | | | | | Image 14 |
| 20O | | | | | Image 15 |
| 20P | | | | | Image 16 |
| 20Q | | | | | Image 17 |
| 20R | | | | | Image 18 |
| 20S | | | | | Image 19 |
| 20T | | | | | Image 20 |
| 20U | | | | | Image 21 |
| 20V | | | | | Image 22 |
| 20W | | | | | Image 23 |
| 20X | | | | | Image 24 |
| 20Y | | | | | Image 25 |
| 20Z | | | | | Image 26 |
| 20AA | | | | | Image 27 |
| 20BB | | | | | Image 28 |
| 21 | | | | | Hitachi 60GB HDD Internal hard drive for Toshiba laptop |
| 22 | | | | | Foley lease for Wilson Drive apartment |
| 23 | | | | | Letter to Judge Ashley written by Andy Garrison re: Foley |
| 24 | | | | | May, 2010 letter to Foley re: unpaid rent signed by Andy Garrison |
| 25 | | | | | screen shot of text message from Gull's cell phone |

n:\udd\vperry\exhibit

# EXHIBIT LIST - CONTINUATION

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 26 | | | | | screen shot of text message from Gull's cell phone |
| 27 | | | | | screen shot of text message from Gull's cell phone |
| 28 | | | | | screen shot of text message from Gull's cell phone |
| 29 | | | | | screen shot of text message from Gull's cell phone |
| 30 | | | | | screen shot of text message from Gull's cell phone |
| 31 | | | | | screen shot of text message from Gull's cell phone |
| 32 | | | | | screen shot of text message from Gull's cell phone |
| 33 | | | | | screen shot of text message from Gull's cell phone |
| 34 | | | | | screen shot of text message from Gull's cell phone |
| 35 | | | | | screen shot of text message from Gull's cell phone |
| 36 | | | | | screen shot of text message from Gull's cell phone |
| 37 | | | | | screen shot of text message from Gull's cell phone |
| 38 | | | | | screen shot of text message from Gull's cell phone |
| 39 | | | | | screen shot of text message from Gull's cell phone |
| 40 | | | | | photo of hotel room in Minnesota |
| 41 | | | | | photos of Minor Male A and Foley |
| 42 | | | | | photo of Minor Male A and Foley |
| 43 | | | | | photo of Minor Male A |
| 44 | | | | | photo of Minor Male A |
| 45 | | | | | photo of Minor Male B |
| 46 | | | | | photo Garrison building - front |
| 47 | | | | | photo of Garrison building - back |
| 48 | | | | | photo interior barbershop |
| 49 | | | | | video of Minor Male A made in approximately October, 2010 |
| 50 | | | | | video of Minor Male A made in approximately January, 2011 |
| 51 | | | | | video of Minor Male A made in approximately February, 2011 |
| 52 | | | | | Netspend card for "Wesley AponteFoley" |
| 53 | | | | | Hotel records for The Best Western in Bloomington, Minnesota dated March 18, 2011 |
| 54 | | | | | photograph of map |
| 55 | | | | | Netspend Corporation Records |
| 56 | | | | | credit card for "Wesley Aponte-Foley" |
| 57 | | | | | credit card for "Wesley Foley" |

n:\udd\vperry\exhibit

| Plf.<br>No. | Def.<br>No. | Date<br>Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 58 | | | | | video- file partial name "File 0034.mpg" |
| 59 | | | | | video - file partial name "File 0035.mpg" |
| 60 | | | | | video - file partial name "File 0567.mpg" |
| 61 | | | | | video - file partial name "File 0568.mpg" |
| 62 | | | | | video - file partial name "inferno-1.mpg" |
| 63 | | | | | video - file partial name "DIV . . .6.mpg" |
| 64 | | | | | letter from Foley to Wesley |
| 65 | | | | | photo of Foley and Minor Male A at Mall of America |
| 66 | | | | | screen shot |
| 67 | | | | | screen shot |
| 68 | | | | | screen shot |
| 69 | | | | | screen shot |
| 70 | | | | | screen shot |
| 71 | | | | | screen shot |
| 72 | | | | | screen shot |
| 73 | | | | | screen shot |
| 74 | | | | | screen shot |
| 75 | | | | | screen shot |
| 76 | | | | | screen shot |
| 77 | | | | | screen shot |
| 78 | | | | | screen shot |
| 79 | | | | | screen shot |
| 80 | | | | | screen shot |
| 81 | | | | | screen shot |
| 82 | | | | | screen shot |
| 83 | | | | | screen shot |
| 84 | | | | | screen shot |
| 85 | | | | | screen shot |
| 86 | | | | | screen shot |
| 87 | | | | | screen shot |
| 88 | | | | | screen shot |
| 89 | | | | | screen shot |
| 90 | | | | | screen shot |

n:\udd\vperry\exhibit

# EXHIBIT LIST - CONTINUATION

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 91 | | | | | screen shot |
| 92 | | | | | screen shot |
| 93 | | | | | screen shot |
| 94 | | | | | screen shot |
| 95 | | | | | Andrew Schoeneck Curriculum Vitae |
| 96 | | | | | Christine Byars Curriculum Vitae |
| 97 | | | | | Dan Block Statement |
| 98 | | | | | Gull Statement |
| 99 | | | | | DVD of interview of Minor Male B |
| 100 | | | | | Seagate 320 GB HDD from HP Pavilion Tower |
| 101 | | | | | DVD of forensic interview of Minor Male A |
| 102 | | | | | Sport N Cut Payroll |
| 103 | | | | | photograph of massage table |
| 104 | | | | | Craig's List listing for Toshiba Laptop |
| 105 | | | | | YMCA Application for Minor Male B |
| 106 | | | | | HP computer |
| 107 | | | | | Seagate 320GB HDD from HP computer |
| 108 | | | | | HP Pavilion Tower computer |
| 109 | | | | | Samsung cricket phone |
| 110 | | | | | Apple iPhone 4G |
| 111 | | | | | baseball cards |
| 112 | | | | | photograph barbershop interior |
| 113 | | | | | photograph barbershop interior |
| 114 | | | | | photograph barbershop interior |
| 115 | | | | | photograph barbershop interior |
| 116 | | | | | photograph barbershop interior/Coleman |
| 117 | | | | | poster concerning Foley |
| 118 | | | | | photograph |
| 119 | | | | | Sprint Nextel phone records |
| 120 | | | | | summary of Sprint Nextel phone records |
| 121 | | | | | time line of events |
| 122 | | | | | parking citation issued to Foley on August 13, 2010 |
| 123 | | | | | email between Foley & Hopkins |

n:\udd\vperry\exhibit

| Plf. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 124 | | | | | Massage table |
| 125 | | | | | AT&T billing records (recovered in search warrant) |
| 126 | | | | | Photograph of Hitachi 60 GB HDD (43.1) |
| 127 | | | | | Photograph of Hitachi 60 GB HDD and Toshiba laptop (43.1) |
| 128 | | | | | Photograph of Hitachi 60 GB HDD "Product of Thailand" (43.1) |
| 129 | | | | | Photograph of Toshiba laptop (43.1) |
| 130 | | | | | Photograph of Toshiba laptop (43.1) |
| 131 | | | | | Photograph of HP Laptop (64.11) |
| 132 | | | | | Photograph of Seagate 320 GB HDD (64.11) |
| 133 | | | | | Photograph of Seagate 320 GB HDD "Product of China" (64.11) |
| 134 | | | | | photograph of Seagate 320 GB HDD and HP Laptop (64.11) |
| 135 | | | | | photograph of HP Laptop (64.11) |
| 136 | | | | | photograph of HP Laptop (64.11) |
| 137 | | | | | photograph of HP Pavilion tower (64.12) |
| 138 | | | | | photograph of  HP Pavilion Tower (64.12) |
| 139 | | | | | photograph of HP Pavilion Tower (64.12) |
| 140 | | | | | photograph of Seagate 320 GB HDD inside of HP Pavilion Tower (64.12) |
| 141 | | | | | photograph of Seagate 320 GB HDD from HP Pavilion Tower "Product of Thailand (64.12) |
| 142 | | | | | photograph of Apple iPhone with black case  (73.1) |
| 143 | | | | | photograph of Apple iPhone (73.1) |
| 144 | | | | | photograph of Apple iPhone "Assembled in China" (73.1) |
| 145 | | | | | Recorded jail call between Foley and Minor Male A |
| 146 | | | | | transcript of Exhibit 145 |
| 147 | | | | | box containing iPad |
| 148 | | | | | box containing iPad |
| 149 | | | | | photograph |
| 150 | | | | | photograph |
| 151 | | | | | photograph |
| 152 | | | | | photograph |
| | | | | | |

n:\udd\vperry\exhibit